NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT L. LEONHARDT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7095

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1668, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of Robert L. Leonhardt's motion for a 45-day extension of time, until July 7, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Virginia A. Girard-Brady, Esq.
    Michelle R. Milberg, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 0 2011**

**JAN HORBALY**
**CLERK**